# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 15, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Evans Hotels, LLC, et al.
        v. Unite Here! Local 30, et al.
        No. 24-1173
        (Your No. 23-55692, 23-55728)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 12, 2025 and placed on the docket May 15, 2025 as No. 24-1173.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst